

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric B. Hiatt
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

May 3, 2024

**VIA ECF and EMAIL**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:  *Green v. The City of New York, et al.,* 24-cv-1864

Dear Judge Subramanian:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I write pursuant to Rule 3(E) of Your Honor's Individual Practices to respectfully request a forty-five day extension of defendants' time to respond to the Complaint (ECF No. 9) from May 7, 2024 to June 24, 2024.  The Complaint asserts claims against the City and employees of the Administration for Children's Services and New York Police Department for, among other things, malicious prosecution and false arrest. The requested extension will afford this office the necessary time to review the Complaint, make representation determinations, and discuss an appropriate response with our clients.

      Defendants also respectfully request that the Court reschedule the Initial Pretrial Conference currently scheduled for June 21, 2024 (ECF No. 9) until July 2024 at a date and time to be set by the Court.  This is defendants' first request for an extension of time to respond to the Complaint.  I have conferred with plaintiffs' counsel, who consents to these requests.

2

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/
Eric B. Hiatt
Assistant Corporation Counsel

cc: All counsel of record (VIA ECF)

2