

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**Eric B. Hiatt**
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

Application granted.

The Clerk of Court is directed to terminate the motion at Dkt. 22.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 10, 2024

July 9, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Green v. The City of New York, et al.,* 24-cv-1864

Dear Judge Subramanian:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorneys for defendants in the above-referenced action. I write pursuant to Rule 3(E) of Your Honor's Individual Practices to respectfully request a seven-day extension of the individual defendants' time to respond to the Complaint (ECF No. 9) from July 9, 2024 to July 16, 2024. The Complaint asserts claims against the City and employees of the Administration for Children's Services and New York Police Department for, among other things, false arrest and unlawful seizure arising from an allegedly false report of physical abuse made by Plaintiffs' son against his father.

Although I have conducted representation interviews of all the individual defendants, I have not yet received written authorization to represent them. While none of the individual defendants has indicated they will decline representation by this Office, the requested extension will afford the necessary time to finalize the necessary representation arrangements. Of note, Defendant the City of New York will be filing its Answer with the Court today, July 9, 2024.

This is defendants' third request for an extension of time to respond to the Complaint. The Court granted defendants' previous requests. Although the Court most recently noted that no further extensions would be granted, (ECF No. 21), I respectfully submit that our Office's inability to finalize representation arrangements for the individual defendants provides good

cause for a further extension. If granted, this extension would not impact any other deadlines in this matter. I have conferred with Plaintiffs' counsel, who consent to this request.

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/________________________
Eric B. Hiatt
Assistant Corporation Counsel

cc: All counsel of record (Via ECF)