UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM GREEN and SATARAH GREEN,

                Plaintiffs,

-against-

CITY OF NEW YORK; SHANIQUA HARDEN; MELISSA PROPHETE; DET. FRANK T. LOCASCIO; JOHN DOES 1–3; TYESHA WILLIAMS; MARY GLYNN; PO REID DEMONNE; SGT. OSMAIRYS AVILA; LT. BATISTA HUGO,

                Defendants.

24-cv-1864 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at today's conference, the discovery deadline is extended until April 14, 2025. Any amended complaint must be filed within fourteen days of this order.

    SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge