UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM GREEN, et al.,

        Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

        Defendants.

CIVIL ACTION NO. 24 Civ. 1864 (AS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties informed the Court by email today, May 1, 2025, that they have reached a settlement in principle. (See also ECF No. 63). Accordingly, the telephone conference set for 2:00 p.m. ET today (ECF No. 62) is **CANCELLED**.

Dated:    New York, New York
            May 1, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**